**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWSON DENG, an individual,

    Plaintiff,

  v.

SEARCHFORCE INC., and DOES 1–20,

    Defendants.
                         /

No. C 11-00254 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **MAY 5, 2011, AT 2:00 P.M.**, immediately following the hearing on plaintiff's motion to amend. All related initial deadlines are extended accordingly.

    *Please note that there will be no further continuances.*

    **IT IS SO ORDERED.**

Dated: April 13, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE