TIMOTHY J. O'DONNELL (264370)
LAW OFFICES OF TIMOTHY J. O'DONNELL
564 Market Street, Suite 722
San Francisco, California 94104
Tel:     (415) 407-0845
Fax:    (415) 373-3852

Attorney for Plaintiff Lawson Deng

JONATHAN A. SHAPIRO (257199)
MICHAEL A. MUGMON (251958)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:     (650) 858-6000
Fax:    (650) 858-6100
jonathan.shapiro@wilmerhale.com
michael.mugmon@wilmerhale.com

Attorneys for Defendant SearchForce, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWSON DENG, an individual,<br><br>           Plaintiff,<br><br>    vs.<br><br>SEARCHFORCE, INC., DOES 1-20,<br><br>           Defendants. | Case No. 11-CV-00254 WHA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:   Honorable William H. Alsup |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, including all claims asserted by Plaintiff Lawson Deng and all counterclaims asserted by Defendant SearchForce, Inc., with prejudice.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Dated: August 5, 2011

Respectfully submitted,

TIMOTHY J. O'DONNELL (264370)            JONATHAN A. SHAPIRO (257199)
LAW OFFICES OF TIMOTHY J.                MICHAEL A. MUGMON (251958)
O'DONNELL                                WILMER CUTLER PICKERING HALE AND
                                         DORR LLP


/S/ Timothy J. O'Donnell_____        /S/ Jonathan A. Shapiro_____
Timothy J. O'Donnell                     Jonathan A. Shapiro

Attorney for LAWSON DENG                 Attorneys for SEARCHFORCE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael A. Mugmon, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 5th day of August 2011 at Palo Alto, California.

_____/S/_____
Michael A. Mugmon, Esq.